United States District Court
Southern District of Texas
**ENTERED**
January 21, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CABOT-CHASE LTD, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:19-CV-00258 |
| | § | |
| WRIGHT NATIONAL FLOOD | § | |
| INSURANCE SERVICES, LLC; dba | § | |
| WRIGHT NATIONAL FLOOD | § | |
| INSURANCE COMPANY; dba WRIGHT | § | |
| FLOOD, | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM AND RECOMMENDATION

Plaintiffs Cabot-Chase Ltd. and Rockbay Properties filed a complaint against Defendant Wright National Flood Insurance Services, LLC, on September 6, 2019, and were issued a summons on the same day. (D.E. 1). In accordance with an order of the court, Plaintiffs filed a first amended complaint on October 21, 2019. (D.E. 4, 5).

If a defendant is not served within 90 days after the complaint is filed, the court must dismiss the action without prejudice against that defendant or order that service be made within a specified time. Fed. R. Civ. P. 4(m). Here, over 90 days have passed since Plaintiffs filed their first amended complaint and it does not appear that they have taken any steps to prepare and/or serve the summons and complaint. Accordingly, it is recommended that the first amended complaint (D.E. 5) be dismissed without prejudice for want of prosecution under Fed. R. Civ. P. 4(m).

Respectfully submitted this 21st day of January, 2020.

_____
Julie K. Hampton
United States Magistrate Judge

## NOTICE TO PARTIES

The Clerk will file this Memorandum and Recommendation and transmit a copy to each party or counsel. Within FOURTEEN (14) DAYS after being served with a copy of the Memorandum and Recommendation, a party may file with the Clerk and serve on the United States Magistrate Judge and all parties, written objections, pursuant to Fed. R. Civ. P. 72(b), 28 U.S.C. § 636(b)(1), General Order No. 2002-13, United States District Court for the Southern District of Texas.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within FOURTEEN (14) DAYS after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415 (5th Cir. 1996) (*en banc*).