UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

CABOT-CHASE LTD, *et al.*,           §
                                     §
          Plaintiffs,                §
                                     §
v.                                   §          CIVIL ACTION NO. 2:19-CV-258
                                     §
WRIGHT NATIONAL FLOOD                §
INSURANCE SERVICES, LLC; dba         §
WRIGHT NATIONAL FLOOD                §
INSURANCE COMPANY; dba WRIGHT        §
FLOOD,                               §

          Defendant.

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Before the Court is Magistrate Judge Julie K. Hampton's Memorandum and Recommendation (M&R), entered on January 21, 2020. (D.E. 7). The M&R recommends that the Court dismiss this action without prejudice for want of prosecution.

The parties were provided proper notice of, and the opportunity to object to, the Magistrate Judge's M&R. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b); General Order No. 2002-13. No objection has been filed. When no timely objection has been filed, the district court need only determine whether the magistrate judge's memorandum and recommendation is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam); *Powell v. Litton Loan Servicing, LP*, No. CIV. A. H-14-2700, 2015 WL 3823141, at *1 (S.D. Tex. June 18, 2015).

Having carefully reviewed the proposed findings and conclusions of the Magistrate

Judge, the filings of the parties, the record, and the applicable law, and finding that the M&R is not clearly erroneous or contrary to law, the Court **ADOPTS** the M&R in its entirety. (D.E. 7). Accordingly, the first amended complaint is **DISMISSED without prejudice** for want of prosecution.

SIGNED and ORDERED this ___ day of February 2020.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE